**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 9th & 10th Street L.L.C. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 13-4016578 |
| 4. | **Debtor's address** | **Principal place of business**<br>605 East 9th Street<br>New York, NY 10009<br>Number, Street, City, State & ZIP Code<br><br>New York<br>County | **Mailing address, if different from principal place of business**<br>186 W. 80th Street<br>4th Floor<br>New York, NY 10024<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor  **9th & 10th Street L.L.C.**  Case number (*if known*) _____
     Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. Check **all** that apply:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  9th & 10th Street L.L.C.                                                                        Case number (*if known*) _____
        Name

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  9th & 10th Street L.L.C.                                        Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 21, 2023
              MM / DD / YYYY

**X** /s/   Gregg Singer                                      Gregg Singer
Signature of authorized representative of debtor              Printed name

Title   President of Sing Fina Corp., Manager of Debtor

**18. Signature of attorney**

**X** /s/ Erica Aisner                                        Date   March 21, 2023
Signature of attorney for debtor                                     MM / DD / YYYY

Erica Aisner
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone  _____    Email address   eaisner@kacllp.com

4106084 NY
Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re: 9th & 10th Street L.L.C.
Debtor(s)

Case No.
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Gregg Singer, declare under penalty of perjury that I am the President of Sing Fina Corp., Manager of 9th & 10th Street L.L.C. (the "Debtor"), and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said corporation at a special meeting duly called and held on the 21st day of March, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Gregg Singer, President of Sing Fina Corp., Manager of Debtor, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Gregg Singer, President of Sing Fina Corp., Manager of Debtor is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Gregg Singer, President of Sing Fina Corp., Manager of Debtor is authorized and directed to employ Erica Aisner, attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date March 21, 2023

Signed /s/ Gregg Singer
Gregg Singer President of Sing Fina Corp.,
Manager of 9th & 10th Street L.L.C.

Resolution of Board of Managers
of
9th & 10th Street L.L.C.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Gregg Singer, President of Sing Fina Corp., Manager of Debtor, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Gregg Singer, President of Sing Fina Corp., Manager of Debtor is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Gregg Singer, President of Sing Fina Corp., Manager of Debtor is authorized and directed to employ Erica Aisner, attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Date  March 21, 2023             Signed  */s/ Gregg Singer*
                                         Gregg Singer President of Sing Fina Corp.,
                                         Manager of  9th & 10th Street L.L.C.

350 East 10th Street LLC
c/o Madison Realty Capital
825 Third Avenue, 37th Floor
New York, NY 10022

Aaron Sosnick
143 Avenue B, PHA
New York, NY 10009

Allied Universal Security Services
229 W. 36th Street 11th Floor
New York, NY 10018

Chickaree Chick LLC
2000 S. Ocean Blvd. Apt. 108S
Palm Beach, FL 33480

Davidoff Hutcher & Cintron LLP
605 3rd Avenue
New York, NY 10158

Dentons US, LLP
Attn: Charles E. Dorkey III
1221 Avenue of the Americas
New York, NY 10020

Eleanor B. Singer Intervivos Rev. Trust
Attn: Scott Singer, Trustee
9797 SE 140th Street
Summerfield, FL 34491

Environmental Control Board
NYC Office of Admin Trials and Hearings
66 John Street, 10th Floor
New York, NY 10038

Ganfer Shore Leeds & Zauderer
360 Lexington Avenue
New York, NY 10017

Holland & Knight LLP
31W. 52nd Street 12th Floor
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

KMR
432 Park Avenue South
New York, NY 10018

Kriss & Feuerstein LLP
Attn: Jerold C. Feuerstein, Esq.
360 Lexington Avenue Suite 1200
New York, NY 10017

Mark McKew, Esq., Referee
1725 York Avenue, #29a
New York, NY 10128


Myles Wittenstein
2000 S. Ocean Blvd.  Apt. 108S
Palm Beach, FL 33480


Myles Wittenstein Revocable Trust
2000 S. Ocean Blvd.  Apt. 108S
Palm Beach, FL 33480


NYC Corporation Counsel
100 Church Street, RM 5-240
New York, NY 10007


NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201


NYC RS LLC
103 Blair Road
Oyster Bay, NY 11771


NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


NYS RS LLC
c/o Westerman, Ball, Ederer, Miller & Sc
1201 RXR Plaza
Uniondale, NY 11556


Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004


Old PS64 LLC
186 West 80th Street 4th Floor
New York, NY 10024


Onyx Asset Management LLC
122 W. Imperial Avenue
El Segundo, CA 90245


Rambles Financial LLC
30011 Ivy Glenn Drive Suite 214
Laguna Niguel, CA 92677


Scott Stone, P.C.
222 Bloomingdale Road Suite 301
White Plains, NY 10605

```
SFC Mgmt LLC
186 West 80th Street 4th Floor
New York, NY 10024


SFS 77 LLC
100 Highland Street
Weston, MA 02493


SFS77 LLC
c/o The Margolis Law Firm
11 East 44th Street
New York, NY 10017


Singer Financial Corporation
186 W. 80th Street 4th Floor
New York, NY 10024
```